No. D–2082. IN RE DISBARMENT OF LOPEZ. Andrew M. Lopez, of Denver, Colo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–74. REID v. TENNESSEE; and

No. M–75. MORGAN v. CMS/DATA CORP. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $29,096.50, to be paid equally by the parties. [For earlier decision herein, see, e. g., 526 U. S. 589.]

No. 98–1299. NEW YORK v. HILL. Ct. App. N. Y. [Certiorari granted, 526 U. S. 1111.] Motion for appointment of counsel granted, and it is ordered that Edward J. Nowak, Esq., of Rochester, N. Y., be appointed to serve as counsel for respondent in this case.

No. 98–9473. IN RE HILL. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until July 6, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–9500. IN RE MAULDIN. Petition for writ of habeas corpus denied.

No. 98–1821. IN RE LUKACS. Petition for writ of mandamus denied.

No. 98–1648. MITCHELL ET AL. v. HELMS ET AL. C. A. 5th Cir. Certiorari granted.